We wish to thank Pat Sherlock, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. LOREN LEON BROWN, Defendant.

## DECISION

No. DC-82-028

The application of the above-named defendant for a review of the sentence of 10 years on each of two counts; concurrent imposed on May 20, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

A deferred imposition of sentence was given to the Defendant and in a very short time he committed another crime. With the Defendant being placed in Swan River, it will give him a good chance for rehabilitation and a chance to be replaced back into society as a productive member.

We wish to thank Morris Braden, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. BRUCE MICHAEL SIEFKE, Defendant.

## DECISION

No. DC-82-034

The application of the above-named defendant for a review of the sentence of 20 years imposed on September 30, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be amended to 10 years with 7 years suspended, and the Defendant shall be designated as nondangerous.

The reasons for the amendment are to make this Defendant's sentence consistent with the reduction of sentence which was given to the Co-Defendant, Gordon Turcott. This Board was also influenced by a letter from Jerold Devich, Parole